UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Francis Bowen</u>,
    Petitioner

v.                          Civil No. 10-cv-542-SM

<u>NH State Prison, Warden</u>,
    Respondent

<u>O R D E R</u>

On December 1, 2010, the petition appealed this court's Order denying his motion to proceed informa pauperis. The appeal was dismissed. The court of Appeals for the First Circuit issued its Mandate on March 24, 2011.

If the petitioner wishes to proceed with the case, payment of the filing fee of $5.00 must be paid on or before April 29, 2011, otherwise this case will be dismissed without prejudice for failure to pay the filing fee.

SO ORDERED.

March 30, 2011

/s/ Landya B. McCafferty
_____
Landya B. McCafferty
United States Magistrate Judge

cc:    Francis Bowen, pro se